IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| DENNIS J. BARBIERI | : | BANKRUPTCY NO. 15-12509(MDC) |
| and DORIS T. BARBIERI | : | |
| | : | |
| Debtors | : | |

## ORDER

AND NOW, this 11th day of August, 2016, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses by Counsel to the Trustee, it is hereby

ORDERED that the sum of $8,454.00 is allowed as reasonable compensation for the services rendered and $179.36 for reimbursement of expenses, for a total of $8,633.36, both of which shall be paid to Counsel for Trustee for services rendered and costs expended for the period June 1, 2015 through June 15, 2016.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN,
UNITED STATES BANKRUPTCY JUDGE