```
                     United States Bankruptcy Court
                     Eastern District of Pennsylvania
```

In re:                                                    Case No. 15-12509-mdc
Dennis J Barbieri                                         Chapter 7
Doris T Barbieri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey              Page 1 of 1           Date Rcvd: Aug 12, 2016
                                Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db/jdb         +Dennis J Barbieri,    Doris T Barbieri,    126 Hickory Drive,    Hatfield, PA 19440-4011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
              ALEXANDER G. TUTTLE    on behalf of Debtor Dennis J Barbieri agt@tuttlelegal.com
              ALEXANDER G. TUTTLE    on behalf of Joint Debtor Doris T Barbieri agt@tuttlelegal.com
              ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net,    J100@ecfcbis.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| DENNIS J. BARBIERI | : | BANKRUPTCY NO. 15-12509(MDC) |
| and DORIS T. BARBIERI | : | |
| | : | |
| Debtors | : | |

## ORDER

AND NOW, this 11th day of August, 2016, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses by Counsel to the Trustee, it is hereby

ORDERED that the sum of $8,454.00 is allowed as reasonable compensation for the services rendered and $179.36 for reimbursement of expenses, for a total of $8,633.36, both of which shall be paid to Counsel for Trustee for services rendered and costs expended for the period June 1, 2015 through June 15, 2016.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN,
UNITED STATES BANKRUPTCY JUDGE