United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-12509-mdc
Dennis J Barbieri                                               Chapter 7
Doris T Barbieri
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 2         Date Rcvd: Aug 16, 2016
                            Form ID: pdf900         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
```
db/jdb         +Dennis J Barbieri,   Doris T Barbieri,   126 Hickory Drive,    Hatfield, PA 19440-4011
aty            +Maschmeyer Karalis P.C.,   1900 Spruce Street,    Philadelphia, PA 19103-6697
br              Keller Williams Real Estate,   601 Bethlehem Pike,    Building B,   Suite 100,
                 Montgomeryville, PA  18936
13508115       +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
13508119      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13508117       +Barclays Bank Delaware,   Attn: Bankruptcy,    P.O. Box 8801,   Wilmington, DE 19899-8801
13508123      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20363,
                 Kansas City, MO 64195)
13508120       #+Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
13546956       +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13508121       +Chase Card,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
13508122       +Citi,   701 E 60th St N,   Sioux Falls, SD 57104-0493
13508124       +Comenity Bank/OneStopPlusvisa,   Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
13508125       +Cubera Macro LLC,   105 Glenn Road,   Unit 6,   Ardmore, PA 19003-2524
13508127       +Equiant Financial Svcs,   Attn: Bankrupty Dept,    5401 N Pima Rd,    Scottsdale, AZ 85250-2627
13508128       +Medical Revenue Service,   645 Walnut Street,    Suite 5,   Gadsden, AL 35901-4173
13547787       +Midland Credit Management,Inc,   as agent for MIDLAND FUNDING LLC,     PO Box 2011,
                 Warren, MI 48090-2011
13508130       +Mortgage Service Cente,   Attn: Bankruptcy Dept,    Po Box 5452,    Mt Laurel, NJ 08054-5452
13508133       +Rush Law Group,   38 N 6th Street,   Reading, PA 19601-3523
13508134       +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13508136       +Wells Fargo Bank,   Po Box 14517,   Des Moines, IA 50306-3517
13585463       +Wells Fargo Card Services,   1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 17 2016 02:16:10    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2016 02:15:04
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2016 02:16:05     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13508118       +E-mail/Text: banko@berkscredit.com Aug 17 2016 02:14:55    Berks Credit & Coll,
                 900 Corporate Dr,   Reading, PA 19605-3340
13541065        E-mail/Text: mrdiscen@discover.com Aug 17 2016 02:14:39    Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13508126       +E-mail/Text: mrdiscen@discover.com Aug 17 2016 02:14:39    Discover Fin Svcs Llc,
                 Po Box15316,   Wilmington, DE 19850-5316
13508129       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2016 02:15:43     Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13508132        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 02:12:18
                 Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13576582        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 02:28:29
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13583727       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:12:16
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13508131       +E-mail/Text: mmrgbk@miramedrg.com Aug 17 2016 02:15:46     Pellettieri,   991 Oak Creek Dr,
                 Lombard, IL 60148-6408
13543079        E-mail/Text: bnc-quantum@quantum3group.com Aug 17 2016 02:14:59
                 Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
13508135       +E-mail/Text: bankruptcydepartment@tsico.com Aug 17 2016 02:16:54     Transworld Sys Inc/99,
                 507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                              TOTAL: 13
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13508116         Arcadia
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Aug 16, 2016
                              Form ID: pdf900           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:

```
          ALEXANDER G. TUTTLE    on behalf of Debtor Dennis J Barbieri agt@tuttlelegal.com
          ALEXANDER G. TUTTLE    on behalf of Joint Debtor Doris T Barbieri agt@tuttlelegal.com
          ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com,
           csilvano@cmklaw.com
          PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
           csilvano@cmklaw.com
          ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

| | | |
|---|---|---|
| In re: Barbieri, Dennis J. | § | Case No. 15-12509-MDC |
| Barbieri, Doris T. | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Christine C. Shubert</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/06/2016 in Courtroom 2, United States Bankruptcy Court Courthouse, 900 Market Street, Philadelphia, PA 19106. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>08/12/2016</u>               By: /s/ CHRISTINE C. SHUBERT
                                                                    Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 938-4191
christine.shubert@comcast.net

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia DIVISION

In re: Barbieri, Dennis J.  § Case No. 15-12509-MDC
Barbieri, Doris T.  §
§
§

           Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of: | $ 23,720.88 |
| and approved disbursements of: | $ 210.45 |
| leaving a balance on hand of[1]: | $ 23,510.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 23,510.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHRISTINE C. SHUBERT | 3,122.09 | 0.00 | 3,122.09 |
| Trustee, Expenses - Christine C. Shubert | 20.23 | 0.00 | 20.23 |
| Bond Payments - International Sureties | 0.00 | 6.20 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Maschmeyer and Karalis | 8,454.00 | 0.00 | 8,454.00 |
| Attorney for Trustee Expenses (Other Firm) - Maschmeyer and Karalis | 179.36 | 0.00 | 179.36 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ 11,775.68 |
| Remaining balance: | $ 11,734.75 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,734.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,734.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $45,258.23 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,037.55 | 0.00 | 2,084.01 |
| 2 | Quantum 3 Group LLP as agent for Comenity Bank | 1,889.23 | 0.00 | 489.85 |
| 3 | Cavalry SPV I, LLC as assignee of Capital One, N.A. | 5,527.48 | 0.00 | 1,433.19 |
| 4 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC | 9,551.01 | 0.00 | 2,476.43 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Portfolio Recovery Associates, LLC | 5,043.75 | 0.00 | 1,307.77 |
| 6 | Portfolio Recovery Associates, LLC | 1,368.70 | 0.00 | 354.88 |
| 7 | Resurgent Capital Services | 6,635.90 | 0.00 | 1,720.58 |
| 8 | Wells Fargo Card Services | 7,204.61 | 0.00 | 1,868.04 |

Total to be paid for timely general unsecured claims: $ 11,734.75
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/ CHRISTINE C. SHUBERT
Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 938-4191
christine.shubert@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)