IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
Dennis J Barbieri  
Doris T Barbieri  

Debtor(s)

Chapter 7

Bankruptcy No. 15-12509-MDC

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 6th day of September 20 16, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

MAGDELINE D. COLEMAN  
United States Bankruptcy Judge