UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
Dennis J Barbieri
Doris T Barbieri

Debtor(s)

Case No. 15-12509-MDC

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this  6th  day of  September  20 16, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $3,122.09 is reasonable compensation for the services in this case by CHRISTINE C. SHUBERT, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $20.23 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

BY THE COURT

_Magdeline D. C_____
MAGDELINE D. COLEMAN
United States Bankruptcy Judge

DATED: 9/6/16