United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis J Barbieri  
Doris T Barbieri  
    Debtors

Case No. 15-12509-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Sep 07, 2016  
                 Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
```
db/jdb       +Dennis J Barbieri,    Doris T Barbieri,    126 Hickory Drive,    Hatfield, PA 19440-4011
aty          +Maschmeyer Karalis P.C.,    1900 Spruce Street,    Philadelphia, PA 19103-6697
br            Keller Williams Real Estate,    601 Bethlehem Pike,    Building B,    Suite 100,
               Montgomeryville, PA 18936
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Sep 08 2016 01:33:21     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 08 2016 01:32:59
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 08 2016 01:33:13     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
```
              ALEXANDER G. TUTTLE    on behalf of Debtor Dennis J Barbieri agt@tuttlelegal.com
              ALEXANDER G. TUTTLE    on behalf of Joint Debtor Doris T Barbieri agt@tuttlelegal.com
              ANDREW F GORNALL     on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              PAUL BRINTON MASCHMEYER     on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              PAUL BRINTON MASCHMEYER     on behalf of Attorney    Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  
Dennis J Barbieri  
Doris T Barbieri  

Debtor(s)

Chapter 7

Bankruptcy No. 15-12509-MDC

ORDER OF DISTRIBUTION

AND NOW, this _6th_ day of _September_ 20_16_, the Trustee, CHRISTINE C. SHUBERT, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

DATED: _9/6/16_