United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-12509-mdc
Dennis J Barbieri                                               Chapter 7
Doris T Barbieri
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Stacey             Page 1 of 1           Date Rcvd: Dec 13, 2016
                               Form ID: pdf900          Total Noticed: 6
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db/jdb         #+Dennis J Barbieri,    Doris T Barbieri,    126 Hickory Drive,   Hatfield, PA 19440-4011
aty             +Maschmeyer Karalis P.C.,    1900 Spruce Street,    Philadelphia, PA 19103-6697
br              Keller Williams Real Estate,    601 Bethlehem Pike,   Building B,   Suite 100,
                 Montgomeryville, PA  18936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 14 2016 02:24:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2016 02:23:38
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2016 02:24:04      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
              ALEXANDER G. TUTTLE    on behalf of Debtor Dennis J Barbieri agt@tuttlelegal.com
              ALEXANDER G. TUTTLE    on behalf of Joint Debtor Doris T Barbieri agt@tuttlelegal.com
              ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Dennis Barbieri<br>Doris Barbieri<br><br>Debtor(s) | Chapter 7<br><br>Bankruptcy No. 15-12509-MDC |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT.**
**DISCHARGING TRUSTEE, AND CLOSING ESTATE**

AND NOW, this __13th__ day of __December__ 20 __16__, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
United States Bankruptcy Judge